**Order entered August 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00783-CV

### ROBERT B. SPURGEON, SR., Appellant

### V.

### EMPIRE PETROLEUM PARTNERS, LLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07687**

## ORDER

Before the Court is appellant's August 1, 2018 unopposed motion for extension of time to

file brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than August 14, 2018.


/s/     DAVID EVANS
         JUSTICE